CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 16 2009

JOHN F. CORCORAN, CLERK
BY: /s/ S. Taylor
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| DONNIE L. COOK, | ) |
| Petitioner, | ) Case No. 7:09CV00460 |
| v. | ) |
| | ) **FINAL ORDER** |
| VIRGINIA DEPARTMENT OF CORRECTIONS, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state court remedies, and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 16th day of December, 2009.

_/s/ Glen Conrad_
United States District Judge